**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. **07 - Alfredo Hernandez,** Defendant. | ) ) ) ) ) ) ) ) ) | **COURT MINUTES - CRIMINAL** BEFORE: Magistrate Judge Franklin Noel |

| | |
|---|---|
| Case No: | CR 00-108-07 DWF/AJB |
| Date: | November 2, 2004 |
| Court Reporter: | Lori Simpson |
| Tape Number: | |
| Time Commenced: | 10:40 a.m. |
| Time Concluded: | 10:55 a.m. |
| Time in Court: | 15 Minutes |

☐ **PRELIMINARY HRG ONLY** ☒ **DETENTION HRG ONLY/BOND REVOC.**
☐ **PRELIMINARY/DETENTION HRG** ☐ **REMOVAL HRG**

APPEARANCES:

Plaintiff: John Docherty, Assistant U.S. Attorney
Defendant: Daniel Gerdts
☐ FPD ☒ CJA ☐ Retained ☐ Appointed

Interpreter / Language: Bea Cabrera/Spanish

**True Name if different from charging instrument:**
☐ **Parties ordered to file stipulation or proposed order for name change**
☐ **Clerk of Court is directed to change the name to:**

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☒ **Pre-trial Release** ☐ **Supervised Release**

☐ **Charges from other District**

☒ Deft Ordered Detained - Govt to submit proposed order ☐ Bond Continued ☐ Moot Currently Srvg Sentence
or
bond set in the amount of $[Bond amount] with conditions, see Order Setting Conditions of Release.

☐ Deft bound over to District Court of Minnesota
☐ Deft removed to charging district and is ordered to appear before [Judge Removed to] on [Date to appear b/4 removal jdg].

☐ Removal Order to be Issued ☐ **No** Removal Order to be Issued ☐ Commitment to Another District to be Issued

Additional Information: **Ready to be scheduled for trial.**

s/Cathy Orlando
Judicial Assistant