UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Number 00-108 (07) (DWF/AJB)

UNITED STATES OF AMERICA,
Plaintiff,
v.
ALFREDO HERNANDEZ,
Defendant.

**ORDER OF DETENTION**

This matter is before the Court on the motion of the United States for entry of an order of revocation and detention, pursuant to Title 18, United States Code, Section 3148. A hearing on the government's motion was held before the undersigned United States Magistrate Judge on October 29, 2004. The defendant appeared together with his counsel, Daniel Gerdts, Esq. The United States was represented by Assistant United States Attorney John Docherty. The government's motion will be granted, for the following reasons.

In an indictment returned on April 20, 2000 the defendant was charged by a grand jury of this district with conspiring to distribute in excess of five kilograms of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846. The defendant was released on conditions by Magistrate Judge Swearingen on April 12, 2000; the conditions of the defendant's release included a requirement that he remain in contact with his supervising pretrial services officer.

At the October 29, 2004 hearing, the parties stipulated that Mr. Hernandez had not been in contact with his pretrial services officer since on or about August 10, 2000, and that the defendant

had next come to official attention when he was arrested in the District of Nebraska on or about September 4, 2004. The Court also had before it a report prepared by United States Pretrial Services Officer Lisa L. Caviness of the District of Nebraska.

According to the records of the United States District Court for the District of Minnesota, Mr. Hernandez discontinued contact with pretrial services on or about August 10, 2000 and a warrant for his arrest issued on August 23, 2000. At the time he discontinued contact with his supervising pretrial services officer, a motions hearing had been held on the defendant's cocaine conspiracy case before Magistrate Judge Boylan. A Report and Recommendation was issued by Magistrate Judge Boylan on August 21, 2000.

By way of an offer of proof, the defendant's counsel indicated that the defendant had returned to Mexico to be of assistance to his ailing father, and had returned to the United States after his father had died.

Based upon the file of this Court, the report from U.S. Pretrial Services and the stipulation of the parties, the Court concludes that there has been a clear and convincing showing that the defendant has violated a condition of pretrial release and that no condition or combination of conditions of bond will assure the safety of the community and the defendant's appearance in court. Accordingly the Court will order the defendant's pretrial release revoked, and will further order the defendant detained pending trial.

**LEGAL STANDARD**

Under Title 18, United States Code, Section 3148, a defendant's pretrial release may be revoked if, after a hearing, a judicial officer determines that it has been established by clear and convincing evidence that a condition of release has been violated, and either (1) there is no condition or combination of conditions of release that will assure that the person will not flee or pose a danger to the safety of any other person or the community, or (2) the person is not likely to abide by any condition or combination of conditions of release.

It is not disputed that the defendant did not keep in contact with his supervising pretrial services officer for a period of more than three and one-half years. The defendant asserts that his conduct is excused because of the medical condition of his father. However, the Court finds no evidence that the defendant informed his supervising pretrial services officer of his father's medical condition nor does the Court find evidence that the defendant contacted pretrial services during his absence to explain his personal situation. The Court also notes that the defendant was brought back before the Court involuntarily, as a result of his arrest in the District of Nebraska. The Court therefore finds that it has been established, to a clear and convincing standard, that the defendant violated a condition of his pretrial release, and that his violation is not excused by his father's illness.

Given the defendant's conduct in absenting himself from both the District of Minnesota and the United States during the pendency

of the case against him and his failure to keep in contact with his pretrial services officer, the Court further concludes that the defendant is not likely to abide by any condition or combination of conditions of pretrial release.

In sum, the Court finds that the criteria set forth at Title 18, United States Code, Section 3148 for revocation and detention have been satisfied.

IT IS THEREFORE ORDERED:

(1) That the pretrial release of defendant Alfredo Hernandez, granted by the Honorable E.S. Swearingen on April 12, 2000, is hereby revoked, and the defendant is ordered detained pending trial;

2. Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

3. Defendant shall be afforded reasonable opportunity to consult privately with his lawyer; and

4. Upon Order of the Court or request by the United States Attorney, the person in charge of the corrections facility in which the defendant is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with a court proceeding.

Dated: November 17, 2004

*s/ Franklin L. Noel*
Franklin L. Noel
United States Magistrate Judge