UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Number 00-108 (07) (DWF/AJB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFREDO HERNANDEZ,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | JOINT MOTION FOR TRIAL CONTINUANCE |

The United States, through its attorneys, Thomas B. Heffelfinger, United States Attorney for the District of Minnesota, and Assistant United States Attorney John Docherty, together with the defendant and his attorney, Daniel Gerdts, Esq., jointly move the Court for a continuance of the trial. The trial of this case is presently scheduled to begin on December 6, 2004. The parties request that the trial be re-scheduled for February 28, 2005.

As grounds for this continuance, the parties note that this case is more than four years old, and that the discovery will have to be re-created and re-served on the defendant. The case involves many hours of intercepted telephone conversations, all of which are in Spanish. It would be very difficult for either party to do an adequate job of trial preparation in the brief period of time that remains before trial must commence under the Speedy Trial Act. Indeed, it would be hard to properly evaluate a plea offer between now and December 6, 2004.

Both the prosecution and the defense are in agreement with a continuance to February 28, 2005, and the Court's scheduling clerk has indicated that February 28, 2005 is available on the Court's calendar.

A proposed order is appended for the Court's convenience.

A waiver of speedy trial rights will be forthcoming from the defendant.

Respectfully submitted,

Dated: November 24, 2004

THOMAS B. HEFFELFINGER
United States Attorney

s/ John F. Docherty

BY: JOHN F. DOCHERTY
Assistant U.S. Attorney
Attorney ID No. 017516X