**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2004, I served, or caused to be served, the following documents:

**JOINT MOTION FOR TRIAL CONTINUANCE**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

Daniel L. Gerdts, Esq.
401 Second Avenue South, Suite 840
Minneapolis, MN 55401

THOMAS B. HEFFELFINGER
United States Attorney

s/ Nichol Berg

BY: NICHOL BERG
Legal Assistant