**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALFREDO HERNANDEZ,

Defendant.

Criminal No. 00-108(7) (DWF/AJB)

**ORDER FOR TRIAL CONTINUANCE**

---

John Docherty, Assistant United States Attorney, 600 United States Courthouse, 300 Fourth Street South, Minneapolis, MN 55415, counsel for Plaintiff.

Daniel L. Gerdts, Esq., Brink & Gerdts, P.A., 401 Second Avenue South, Suite 840, Minneapolis, MN 55401, counsel for Defendant.

---

Based upon the parties' joint motion for a continuance of the trial in this matter, and for the reasons set forth in that motion,

**IT IS HEREBY ORDERED** that the trial of this case is continued; trial shall commence on February 28, 2005.

Based upon defendant's waiver of speedy trial rights and the joint continuance motion of the parties,

**IT IS FURTHER ORDERED** that, pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the period of delay in bringing this case to trial that is attributable to this continuance shall be excluded from the time under which trial must commence pursuant to Title 18, United States Code, Section 3161(c)(1), as the Court finds, for the reasons set forth in the parties' joint

continuance motion, that the ends of justice served by granting this continuance motion outweigh the interests of the public and the defendant in a speedy trial.

Dated: November 29, 2004

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court