Waiver of Indictment Cr. Form No. 18

# United States District Court

FOR THE

DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | No. 00-108(07)(DWF/AJB) |
| | ) | |
| ALFREDO HERNANDEZ, | ) | |
| | ) | |

Alfredo Hernandez, the above named defendant, who is accused of knowingly using a communication facility, to wit, a telephone, in committing or in causing or in facilitating the commission of any act or acts constituting a felony under any provision of Title 21, United States Code, Sections 801, et seq., being advised of the nature of the charge and of his rights, hereby waives in open court prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

Date: Feb. 18, 2005

Alfredo Hernandez
ALFREDO HERNANDEZ, Defendant

John Docherty
JOHN F. DOCHERTY, Witness

DANIEL GERDTS, Esq.

SCANNED
FEB 18 2005
U.S. DISTRICT COURT ST. PAUL