UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-108(07)(DWF/AJB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFREDO HERNANDEZ,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **INFORMATION**<br><br>(21 U.S.C. § 801, et seq.)<br>(21 U.S.C. § 843(b)) |

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT 1**

On or about February 22, 2000, in the State and District of Minnesota, the defendant,

**ALFREDO HERNANDEZ,**

knowingly used a communication facility, to wit, a telephone, in committing, causing or facilitating the commission of any act or acts constituting a felony under any provision of Title 21, United States Code, Sections 801, et seq., in violation of Title 21, United States Code, Section 843(b).

Dated: 02/18, 2005

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

John Docherty

BY: JOHN F. DOCHERTY
Assistant U.S. Attorney
Attorney ID No. 243668

SCANNED
FEB 18 2005
U.S. DISTRICT COURT ST. PAUL