CERTIFICATE OF SERVICE
United States v. Alfredo Hernandez
File No. Criminal 00-108

I hereby certify that on 19 May 2005, I served, or caused to be served, the documents identified below on opposing counsel John Docherty, AUSA, by electronically filing these documents with the Clerk of Court through standard ECF filing procedures, thereby causing him to be served as an ECF participant in this case:

Defendant's Position of the Parties with Respect to Sentencing Factors.

Dated: 19 May 2005

BRINK & GERDTS, P.A.

s/ *Daniel L. Gerdts*

Daniel L. Gerdts
No. 207329
Suite 840
401 Second Avenue South
Minneapolis, MN 55401