UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States of America, Plaintiff, vs. Alfredo Hernandez, Defendant. | ) ) ) ) ) ) ) ) ) | DEFENDANT'S MOTION FOR A DOWNWARD SENTENCING DEPARTURE<br><br>Criminal 00-108 (DWF) |

*  *  *

Defendant Alfredo Hernandez, through his counsel, Daniel L. Gerdts, Esq., respectfully moves the Court for a downward sentencing departure pursuant to United States Sentencing Guidelines, section 5K2.0, and 18 United States Code § 3553.

Although undersigned counsel questions the necessity of making a motion for a "departure" in light of the non-binding nature of the sentencing guidelines, it nonetheless seems appropriate to inform both the Court and counsel of Defendant's request for an appropriate sentencing consideration in light of his willingness to waive resistance to deportation after service of his sentence in this case. Even under the old, obligatory regime of guideline sentencing, this Circuit has long recognized the authority of the district court to grant a sentencing departure for defendants willing to make this concession to the United States Government. *United States v. Ramirez-Marquez*, 372 F.3d 935 (8th Cir. 2004); *United States v. Duran Jauregui*, 314 F.3d 961 (8th Cir. 2003); *United States v. Sera*, 267 F.3d 872 (8th Cir. 2001); *United States v. Hernandez-Reyes*, 114 F.3d 800 (8th Cir. 1997); *United States v. Cruz-Ochoa*, 85 F.3d 325 (8th Cir. 1996).

Defendant is a lawful permanent resident of the United States, and therefore gives up substantial rights if he agrees to deportation without any hearing whatsoever. He requests an appropriate sentencing consideration in this case for his willingness to do so.

Dated: 19 May 2005

Respectfully submitted,

Brink & Gerdts, P.A.

s/ Daniel L. Gerdts

Daniel L. Gerdts (#207329)
Suite 840
401 Second Avenue South
Minneapolis, Minnesota 55401
Telephone: (612) 371-0722

ATTORNEYS FOR DEFENDANT