# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

UNITED STATES OF AMERICA,
Plaintiff,

v.

ALFREDO HERNANDEZ,
Defendant.

**COURT MINUTES - CRIMINAL**

Case No: 00-108(07)(DWF/AJB)
Date: MAY 24, 2005
Court Reporter: JEANNE ANDERSON
Time Commenced: 9:00
Time Concluded: 10:00
Time in Court: 1 Hour & Minutes

Before DONOVAN W. FRANK, United States Judge, at ST PAUL, Minnesota.

APPEARANCES:

For Plaintiff: JOHN DOCHERTY
For Defendant: DANIEL GERDTS 9 FPD 9 CJA 9 Retained 9 Appointed

Interpreter: MARIANNE McEVOY / Language: SPANISH

9 **Evidentiary Hearing** (only selection if witness list filed)**.**

: **Sentencing.**

9 Hearing held on objections to the presentence report.

IT IS ORDERED:

Defendant is sentenced to: INFORMATION

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 48 months | | 1 year | | |

Said terms to run 9 concurrently 9 consecutively

: Special conditions of Supervised Release:

**See J&C for special conditions**

: Defendant sentenced to pay:

9 Fine in the amount of $WAIVED.
9 Restitution in the amount of $.
9 Costs of prosecution in the amount of $ to be paid .
: Special assessment in the amount of $100.00.

: Plea and plea agreement accepted.
9 Execution of sentence of imprisonment suspended until.
9 Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.
9 Execution of sentence of fine suspended.
: On Motion of the govn't., indictment and superseding indictment as to this defendant is dismissed.
: Motion for departure by the defendant is 9 granted : denied.
: Defendant remanded to the custody of the U.S. Marshal.

s/Lowell Lindquist
Deputy Clerk